UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JAMES L. KARIS,

      Petitioner,

  v.

ARTHUR CALDERON, Warden,

      Respondent.

_____/

NO. CIV. S-89-527 LKK/JFM

O R D E R

**DEATH PENALTY CASE**

    It is hereby ORDERED that all exhibits offered or introduced into evidence by petitioner in this matter shall be returned to petitioner, his counsel or his investigator.

    IT IS SO ORDERED.

    DATED: November 16, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT