UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

FILED

NOV 2 2 2005

CLERK, U.S. DISTRICT C.
EASTERN DISTRICT OF CALI...
BY _____
DEPUTY CLERK

Karis,   )
         )
    Plaintiff,   )
         )
vs.      )   Civ S-89-0527 LKK JFM
         )
Calderon,   )   RECEIPT FOR EXHIBITS
         )
    Defendant.   )
         )
_____)

**EXHIBITS:**   Petitioner's exhibits 1-458A

The above exhibits were returned to the undersigned counsel:

Frank Huntington, INVESTIGATOR

**Attorney for:** _____

**Dated:**   11/22/2005

**Allowed By:**   John F. Moulds
                 U.S. Magistrate Judge

**By:**   Connie Farnsworth
         Deputy Clerk