**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Petitioner/Defendant
James Karis

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. KARIS | ) No. CIV 89-00527-LKK |
| Plaintiff | ) |
| v. | ) STIPULATION AND<br>) REQUEST FOR RELEASE OF EXHIBITS<br>) OFFERED AT HABEAS CORPUS |
| ARTHUR CALDERON, Warden | ) PROCEEDINGS; ORDER |
| Defendant | ) |

### PROCEDURAL HISTORY and STIPULATION

It has recently been determined that a box of exhibits and other documents from the evidentiary hearing had in the month of February 1995 in the above referenced matter remains at the Federal Courthouse. By this stipulation the parties agree that those documents and exhibits should be released to the undersigned, or his representative, so that they may be available for use by the parties in the retrial of the penalty phase in the matter of the People of the State California vs. James Karis, Jr., a trial which is presently ongoing.

PDF created with pdfFactory trial version www.pdffactory.com

On or about February 28, 2007, in open court, respondent's representative and the People agreed that the undersigned could sign this stipulation for respondent.

**IT IS SO STIPULATED**

DATED March 10, 2007					/S/MICHAEL B. BIGELOW
							Michael B. Bigelow
							Attorney for James Karis, Jr.


DATED March 10, 2007					/S/PAUL E. O'CONNOR
							Paul O'Connor, Esq.,
							Deputy Attorney General
							Counsel for Respondent


**ORDER (PROPOSED)**

**IT IS HEREBY ORDERED** that for good cause shown all of the exhibits and related documents remaining in the Federal Courthouse shall be delivered to petitioner, his counsel or his investigator.

DATED: March 13, 2007

					_____
					LAWRENCE K. KARLTON
					SENIOR JUDGE
					UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com